IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY ELLIOT and LASHON MCDANIEL,
Each Individually and on Behalf of All
Other Similarly Situated                                                         PLAINTIFFS

vs.                                         No. 4:17-CV-69-JM

CUSTOMER SERVICE QUALITY
TRANSPORTATION, INC.                                                      DEFENDANT

## JOINT MOTION FOR STIPULATED COLLECTIVE ACTION SETTLEMENT AND SETTLEMENT APPROVAL

Come the Plaintiffs, Terry Elliot and Lashon McDaniel, by and through their attorneys, Sanford Law Firm, PLLC, together with the Defendant, Customer Service Quality Transportation, Inc. ("CSQT"), by and through their attorneys, Fuqua Campbell, P.A., and for their Joint Motion for Stipulated Collective Action Settlement and Settlement Approval, the parties state:

1. The Plaintiffs filed suit against the Defendant alleging violations of the Fair Labor Standards Act and the Arkansas Minimum Wage Act.

2. The parties have reached an agreement to settle all claims, subject to this Court's approval of the Settlement Agreement (**attached as Exhibit 1**).

3. The parties believe the Settlement Agreement is fair, reasonable, and adequate.

4. The parties request that the Court, for purposes of settlement only, appoint Steve Rauls of Sanford Law Firm, PLLC as group counsel and certify a settlement group as follows:

> All current and former employees of CSQT who worked
> as mechanics from February 2, 2015 to August 1, 2017.

1

5. The parties also request that the Court review and approve the Settlement Agreement and the Notices of Settlement (**attached as Exhibit 2**).

6. A brief in support of this motion is being filed concurrently with this motion.

Wherefore, the parties pray that the Court approve the Settlement Agreement and Settlement Notices and certify the two settlement groups described in this Motion.

**/s/ David Fuqua**
David Fuqua, Ark. Bar No. 80048
**/s/ Abbie Rucker**
Abbie Rucker, Ark. Bar No. 2002074
FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
COUNSEL FOR DEFENDANT

**/s/ Steve Rauls**
Steve Rauls, Ark. Bar No. 2011170
**/s/ Josh Sanford**
Josh Sanford, Ark. Bar No. 2001037
SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford, Suite 411
Little Rock, Arkansas 72211
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

  I, David Fuqua, do hereby certify that I electronically filed the foregoing via the Court's electronic filing system, which shall send notice of such filing to the following individuals this 20th day of September 2017:

Josh Sanford
josh@sanfordlawfirm.com
Steve Rauls
steve@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford, Ste. 411
Little Rock, AR  72211

            **/s/ David Fuqua**