IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY ELLIOT and LASHON MCDANIEL,
Each Individually and on Behalf of All
Other Similarly Situated                                    PLAINTIFFS

vs.                          No. 4:17-CV-69-JM

CUSTOMER SERVICE QUALITY
TRANSPORTATION, INC.                                         DEFENDANT

## ORDER

The parties have filed a joint motion for stipulated collective action settlement and settlement approval. (Docket # 16). The motion is GRANTED. The Court hereby certifies the settlement group as follows:

> All current and former employees of CSQT who worked as mechanics from February 2, 2015 to August 1, 2017.

The Court appoints Steve Rauls of the Sanford Law Firm, PLLC as group counsel. The Court finds that the proposed settlement is a fair, reasonable resolution of a bona fide dispute, and that the proposed notice adequately informs the potential class members of their rights. The Court instructs Steve Rauls to notify the Court when the settlement checks have been received and to request that the lawsuit and all settling plaintiffs be dismissed with prejudice. The Court will retain jurisdiction only to resolve issues with the settlement. The pending motion to certify class is denied as moot.

IT IS SO ORDERED this 21st day of September, 2017.

_____
HONORABLE JAMES M. MOODY, JR.
UNITED STATED DISTRICT JUDGE