IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRY ELLIOTT and LASHON MCDANIEL,**
**Each Individually and on Behalf of All**
**Others Similarly Situated**                                                           **PLAINTIFFS**

**V.**                                        **4:17CV00069 JM**

**CUSTOMER SERVICE QUALITY**
**TRANSPORTATION, INC.**                                                           **DEFENDANT**

## ORDER

Pending is Plaintiffs' unopposed motion to dismiss with prejudice. (Docket #19). For good cause shown, the motion is GRANTED. This case is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 5th day of March, 2018.

_____
James M. Moody Jr.
United States District Judge